DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 APRIL 2016

| 132A16 | State v. Calvin Sherwood Watts | 1. State's Motion for Temporary Stay (COA15-358) | 1. Allowed **04/13/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **04/13/2016** |
| 234P05-3 | State v. Gregory Allen Gant | Petitioner's *Pro Se* Motion for PDR (COAP16-157) | Denied **03/31/2016** |
| 241P11-5 | State v. Delton Maynor | Def's *Pro Se* Motion for PDR of *Writ of Certiorari* (COAP15-396) | Dismissed |
| 261P15 | Richard O'Neal, Employee v. Inline Fluid Power, Inc. & Automotive Parts Co., Inc., Employer and Auto Owners Insurance Company, Carrier | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-1144) | 1. Special Order |
| | | 2. Plt's Motion to Amend PDR | 2. Special Order |
| | | 3. Plt's Motion to Strike Response to Motion to Amend PDR | 3. Special Order |
| 272A14 | State v. Jonathan Douglas Richardson (DEATH) | Def's Motion Regarding Sealed Transcript | Allowed |
| 276P15 | In the Matter of the Foreclosure by Rogers Townsend & Thomas, PC, Substitute Trustee of a Deed of Trust Executed by Julia Weskett Beasley, dated February 12, 2007 and recorded on February 16, 2007 in Book No. 1211 at Page 169 of the Carteret County Registry, North Carolina | Respondent's (Julia Weskett Beasley) PDR Under N.C.G.S. § 7A-31 (COA14-387) | Allowed |
| 300P15 | Edward Battle, Jr., Employee v. Meadowbrook Meat Company, Inc., Employer, Self-Insured (Sedgwick Claims Management Services, Inc., Third-Party Administrator) | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-1059) | 1. — |
| | | 2. Plt's Motion to Withdraw Petition for Discretionary Review | 2. Allowed |